IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
_____SAVANNAH_____ DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 SEP 12 PM 2:07
CLERK_____
SO. DIST. OF GA.

[Enter the full name of the plaintiff in this section]

DeAndrea Savage
514 Tatem Street
Sav., Ga. 31405

CV419 229

Civil Action No. _____
[to be assigned by Clerk]

v.

[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]

International Longshoreman Ass. 1414
Timothy Mackey
Paul Moseley
Barry Griffin
Paschal Bignault
_____
_____
_____

If allowed by statute, do you wish to have a trial by jury?  Yes __✓__   No ____

[If any answer requires additional space, please use additional paper and attach hereto]

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action?
   Yes ____   No __✓__

B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet using the same outline.]*

1. *Parties to this lawsuit:*

    *Plaintiff:* _____

    *Defendant:* _____

2. *Court:* _____
    *(If federal court, name the district; if state court, name the county)*

3. *Docket Number:* _____

4. *Name(s) of Judge(s) to whom case was assigned:* _____

5. *Status of Case:* _____
    *(For example, was the case dismissed? Settled? Appealed? Still Pending?)*

6. *Date lawsuit was filed:* _____

7. *Date of disposition (if concluded):* _____

C. *Do you have any other lawsuit(s) pending in the federal court?*

   Yes _____   No ✓

II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: DEANDREA SAVAGE

   Address: 514 Tatem St. Sav., GA. 31405

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: International Longshoreman Association Local 1414

   Address: 221 E. Lathrop Ave. Sav., Ga. 31401

2

C. *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

Timothy Mackey (I.L.A. 1414 President)
Resident of Georgia

Paul Moseley (I.L.A. 1414 Vice President)
Resident of Georgia

Barry Griffen (I.L.A. 1414 Board Member Representative)
Resident of Georgia

Paschal Bignault (I.L.A. 1414 Lawyer)
Resident of Georgia

III. STATEMENT OF CLAIM
State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.

I am a union member of the I.L.A. local 1414 to recieve work protection rights have been denied and failed given employee right representation. Complaints of harassment was reported about employee rights protection. I was retaliated against and my employee rights was denied, suppressed; and I did not recieve representation. I recieved a 21 month suspension without fair representation from my local union. The defendents individually and or collectively, knowing or unknowing, direct and proximate actions or inactions of their negligent conduct with the use of their titles acting within and outside of their scope and duties of the agency.

3

III.   STATEMENT OF CLAIM - *continued.*

IV. RELIEF.

State briefly and exactly what you want this court to do for you.

I want to be fully restored at work before my suspension with insurance, seniority, financial benefits, savings lost, emotional distress, pain & suffering, mental anguish. I am seeking Compensatory, Vindicatory, General, and Punitive damages. I seek back pay, front pay, court costs, attorney fees, witness, & expert witness fees.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __12__ day of __September__, __2019__.

_DeAndrea Savage_
Signature of Plaintiff

Address
514 Tatem Street
Sav., GA. 31405
(912)220-4942
Phone Number

5