AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
для the
Southern District of Georgia

| | |
|---|---|
| DeAndrea Savage | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:19-cv-229 |
| International Longshore Association 1414, et. al., | ) |
| *Defendant* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My take-home pay or wages are: $ _____ per *(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☒ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.* $1,150 in past 12 months for carpooling. Income Tax refund was 6,808, Longshoreman Bonus was 10,000, and child support was less than $400 monthly until February/March I believe, then it dropped down to less $200 monthly. I have several family members including 4 immediate family members are longshoreman's as well. They see my financial struggles so they help out from time to time. It's not a gift when they do, but I have to repay them once I return back to work. Looking at the questions I answered according to the marked letters and working a job. It did not dawn on me to think of a refund from taxes and a bonus as sources of income because of how long ago it was compared to how a steady check is income. I had to be smart and pay the monthly bills with all of it until it ran out.

4:19-cv-229

DeAndrea Savage
514 Tatem St.
Savannah, GA 31405

(1) I recieve child support monthly in the amount of 182.25.

(2) As explained on the previous sheet, I used all my income tax refund check and last bonus from the International longshoreman Association to pay bills. Due to the monthly expenses those funds was exhausted. Family helps out from time to time because of these financial struggles but when I get a job or back to work I have to repay them, that's why it was not written as a gift.

(3) This is my only case that I have filed in this case. The plantiff in Savage v. International Longshoreman Association, et. al. CV 4:19-224 filed September 11, 2019 is not me DeAndrea Savage, it is my mother Andrea D. Savage. We both work at the International Longshoreman Association and we have separate cases although the names are similar.

AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: 15 passenger Van 2000 Savanna $1,880
Non Working 18 wheeler Volvo Truck less than $6,000
Gutted home value less than $20,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: Mortgage $840.98
Automobile $750
Car Insurance $329.16
light $212.25
Water $200

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
Kweisi Jones; My son; He lives home with me, living expenses and food.
A.K.M.; My son; He lives with me; living expenses and food.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Financial Aid (Student loans) $4,500
Tuition for Private School $354 monthly

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 9/1/19

DeAndrea Savage
*Applicant's signature*

DeAndrea Savage
*Printed name*