U.S. DISTRICT COURT
Southern District of GA
Filed In Office
Savannah   M
10.31   20 19
Deputy Clerk

CV 419-229

DeAndrea Savage

I returned to work in late April or early May of 2018 after being out on medical leave due to medical issues with my bout of breast cancer. Before I went through this experience and had to be on medical leave Barry Griffin was already exhibiting his harassing nature. However, when I returned to work his harassing behavior and demeanor had increased exponentially more. While standing in the hiring hall Barry Griffin would come stand next to or behind me saying that I want one of them (my mother and I) to talk so I can put you out (which would cause inability to work 24 hours from doing so). When I walk into a room he'd say she won't talk to me cause her mother and I don't get along. He had been harassing my sister and had her put out to miss work for 24 hours, which I went to complain about immediately. There had been many complaints about it directly to the unions President Timothy Mackey and Vice Paul Mosely about Barry Griffin harassments. I made several of the complaints myself to both personally since I've been back to work at this point. In September 2018 Barry Griffin stated that if he can't get the mom he's going after the kids and the grandkids. Barry Griffin made this reference in regards to my family immediately after he saw my son standing in a particular area. I informed President Timothy Mackey and Vice President Paul Moseley of the latest incident of harassment I experienced from Barry Griffin. President Mackey and Vice President Moseley both encouraged me to ignore Barry Griffin. A grievance was brought against my son and I shortly after my complaints about Barry Griffin to the union President and Vice President. The grievance came against my son and I after the encouraging demand of it from Barry Griffin which is aiding discrimination. From the day of the grievance issued letter to the day of grievance no one was appointed to represent me, no one was appointed in the grievance meeting to be my representative. Afterwards, I was personally told from our union official that since President Mackey and Vice President Moseley wrote the grievance charges against my son and I that they could not be present for this meeting and that I was supposed to be represented during and for the grievance by anyone else. However, President Mackey was in the meeting, he asked me about my cancer, and he and Vice President Moseley was fully involved in the decision making of my son and I suspension that they were not supposed to be involve in. There have been cases before and after my grievance that was giving representation. Union representation would have allowed me to defend the filed grievance against myself and son, I would have had the opportunity to go through all of the alleged grievance which never happened because the discussions in grievance was focused on me being sick and no day in particular of a specific incident. President Mackey and Vice President Moseley both was informed of Barry Griffin harassment which actions was not taken for each instance nor harassment since being told was prevented. President Mackey, Vice President Moseley, and Barry Griffin have a work relationship as well as at that point more of a quid quo pro dealing/friendship. Under the leadership of President Mackey and Vice President an investigation was held about their lack of institutional control of our union the District had to come investigate after my suspension began. Several women including myself spoke to the District officials about how Barry Griffin been harassing us. As a result of this investigation, Barry Griffin was given a 30 day suspension from work, 6 months suspension from any official duties of the union, and limited contact with woman he harassed. The District also took over cases that had grievances similar to mine for them not to have the same suspension outcome because lack of our union representation for their cases as well to prevent them from having the same outcome that my case had.

The Civil Rights Act of 1991 amends several sections of the Title VII to strengthen and improve Federal Civil Rights laws and provide for the recovery of compensatory damages in Federal sector cases of intentional employment discrimination.

Title VII of the Civil Rights Act of 1964, as amended, protects employees and applicants from employment discrimination based on race, color, religion, sex and national origin. Title VII protection covers the full spectrum of employment decisions, including recruitment, selections, terminations, and other decisions concerning terms of conditions of employment.

Rehabilitation Act of 1973 Sections 501 and 505 of the Rehabilitation Act, as amended, protects employees and job applicants from employment discrimination based on disability. This law covers qualified employees and job applicants with disabilities.

For the pain, anguish, and suffering for all the Civil Rights of mine that have been denied I am asking to be compensated for Emotional distress, pain & suffering, and also punitive damages.

*Delandrea Savage*
10/31/19