AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DEANDREA SAVAGE,

    Plaintiff,

v.

INTERNATIONAL LONGSHOREMAN ASSOCIATION LOCAL 1414, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-229

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 11, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's Complaint is dismissed without prejudice, and Plaintiff is denied in forma pauperis on appeal. This case stands closed.

Approved by: _____

March 3, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020